UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY HELDT, ELIZABETH HELDT,<br><br>        Plaintiffs,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>        Defendant. | 2:22-CV-10374-TGB<br><br>ORDER OF DISMISSAL<br><br>HONORABLE<br>TERRENCE G. BERG |

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010). Upon completion of the settlement, the parties shall file a joint stipulation of dismissal with prejudice within fourteen days.

                                    BY THE COURT:

                                    /s/Terrence G. Berg
                                    TERRENCE G. BERG
                                    United States District Judge

Dated: October 31, 2022